GAM 35
(Rev. 2/06)

**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

**SHARON BLACKWELL**

Crim. No. 1:17-CR-00006-007 (LAG)

On October 23, 2018, Sharon Blackwell was sentenced to 100 months imprisonment for the offense of Conspiracy to Possess with Intent to Distribute Methamphetamine in violation of Title 21 U.S.C. § 841(a)(1) and 21 U.S.C § 841(b)(1)(A)(viii). The Court ordered Blackwell to serve five years on supervised release upon the completion of her term of imprisonment. On July 21, 2022, the term of supervision commenced and is set to expire on July 20, 2027.

Sharon Blackwell has complied with the rules and regulations of supervised release, has met the criteria for early termination as outlined in the Monograph 109 as approved by the Administrative Office of the United States Courts, and is no longer in need of supervision. It is accordingly recommended that Sharon Blackwell be discharged from supervision.

Respectfully submitted,

Megan A. Howe

Megan A. Howe
U.S. Probation Officer Assistant

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 29th day of September, 2026.

Leslie Abrams Gardner

LESLIE ABRAMS GARDNER
CHIEF U.S. DISTRICT JUDGE